1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10                                  FRESNO DIVISION

11

12    JERRY SIMPSON,                          1:12-cv-1733 AWI GSA

13              Plaintiff,                     ORDER GRANTING APPLICATION TO
                                               PROCEED IN FORMA PAUPERIS
14    v.                                       and

15    STACY ANN FERGUSON,                      ORDER DIRECTING PAYMENT
                                               OF INMATE FILING FEE BY
16              Defendant.                     CALIFORNIA DEPARTMENT OF
                                               CORRECTIONS
17    _____/              (Doc. 2)

18           Plaintiff is a prisoner proceeding pro se and has requested leave to proceed in forma pauperis

19    pursuant to 28 U.S.C. § 1915.  Plaintiff has made the showing required by § 1915(a) and

20    accordingly, the request to proceed in forma pauperis will be granted.  Plaintiff is obligated to pay

21    the statutory filing fee of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to

22    make monthly payments in the amount of twenty percent of the preceding month's income credited

23    to plaintiff's trust account.  The California Department of Corrections is required to send to the Clerk

24    of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00,

25    until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

26           In accordance with the above and good cause appearing therefore, IT IS HEREBY

27    ORDERED that:

28                  1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

                                                -1-

1        **2. The Director of the California Department of Corrections or his or her**

2 **designee shall collect payments from plaintiff's prison trust account in an amount equal to**

3 **twenty per cent (20%) of the preceding month's income credited to the prisoner's trust**

4 **account and shall forward those payments to the Clerk of the Court each time the amount in**

5 **the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00**

6 **has been collected and forwarded to the Clerk of the Court. The payments shall be clearly**

7 **identified by the name and number assigned to this action.**

8        3. The Clerk of the Court is directed to serve a copy of this order and a copy of

9 plaintiff's in forma pauperis application on the Director of the California Department of Corrections

10 via the court's electronic case filing system (CM/ECF).

11        4. The Clerk of the Court is directed to serve a copy of this order on the Financial

12 Department, U.S. District Court, Eastern District of California, Fresno Division.

13

14      IT IS SO ORDERED.

15      **Dated:**   **November 19, 2012**            **/s/ Gary S. Austin**

16                                              UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28